IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **JANET NGOBIRI** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil No.: 8:23-cv-02365-GLS |
| | * |
| **SHOPPERS FOOD WAREHOUSE CORP.** | * |
| | * |
| Defendant. | * |

### MOTION TO WITHDRAW APPEARANCE OF CHRISTOPHER R. DUNN

Pursuant to Local Rule 101, Defendant, Shoppers Food Warehouse Corp. hereby requests that the Court withdraw the Appearance of Christpher R. Dunn, and in support thereof states:

1. Shoppers Food Warehouse Corp., is a corporation that was represented by Chrispher R. Dunn of the lawfirm of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP.

2. Matthew J. Gannett, with the law firm of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, has entered an appearance on behalf of Shoppers Food Warehouse Corp.

3. Accordingly, Defendant respectfully requests that the Court withdraw the appearance of Christpher R. Dunn as counsel for the Defendant Shoppers Food Warehouse Corp.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

By:   /s/ *Matthew J. Gannett*
Matthew J. Gannett, #07181
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
Tel:   (301) 352-4950
Fax:   (301) 352-8691
Email: mgannett@decarodoran.com
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2025, the foregoing Motion and proposed order was delivered via electronic file and serve, to:

Hope Umana, Esquire
Humana Law Firm, PLLC
8630 Fenton Street, Suite 126
Silver Spring, Maryland 20910
***Attorney for Plaintiff***

                                                  */s/ Matthew J. Gannett*
                                                  Matthew J. Gannett